**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re: PERFORMANCE CONCRETE § Case No. 6:13-bk-17136-SC
    CONSTRUCTION, INC. §
§
§
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Howard Grobstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $164,895.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $22,320.71 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $24,810.08 | | |

    3) Total gross receipts of $47,130.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $47,130.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $105,417.54 | $105,417.54 | $22,320.71 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $24,810.08 | $24,810.08 | $24,810.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $60,011.17 | $25,314.69 | $23,607.90 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,094,030.84 | $3,567.86 | $3,567.86 | $0.00 |
| **TOTAL DISBURSEMENTS** | $10,154,042.01 | $159,110.17 | $157,403.38 | $47,130.79 |

4) This case was originally filed under chapter 7 on 04/22/2013. The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2018            By: /s/ Howard Grobstein
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 ZIEMA TRAILER | 1129-000 | $800.00 |
| 2005 GMC 3/4 UTILIITY 2500 | 1129-000 | $2,000.00 |
| 2000 CHEVY 1/2 TON PU 1500 | 1129-000 | $900.00 |
| 1998 CHEVY 1 TON PU 3500 | 1129-000 | $600.00 |
| 2001 CHEVY LS 3/4 TON PU 2500 | 1129-000 | $800.00 |
| 1998 FERMAC TRACTOR TPE | 1129-000 | $8,000.00 |
| UNSCHEDULED ASSETS SOLD AT AUCTION | 1229-000 | $1,380.00 |
| 2005 GMC LUMBER TRUCK | 1129-000 | $15,000.00 |
| MONEY ON DEPOSIT (APPROXIMATELY) | 1129-000 | $10,650.79 |
| 2006 GMC 3/4 TON 2500 | 1129-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$47,130.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4300-000 | $0.00 | $105,417.54 | $105,417.54 | $22,320.71 |
| | **TOTAL SECURED** | | **$0.00** | **$105,417.54** | **$105,417.54** | **$22,320.71** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - HOWARD B. GROBSTEIN | 2100-000 | NA | $3,277.84 | $3,277.84 | $3,277.84 |
| Accountant for Trustee, Fees - GROBSTEIN TEEPLE LLP | 3310-000 | NA | $3,246.25 | $3,246.25 | $3,246.25 |
| Accountant for Trustee, Expenses - GROBSTEIN TEEPLE LLP | 3320-000 | NA | $125.31 | $125.31 | $125.31 |
| Auctioneer Fees - POPE'S ANTIQUES & AUCTIONS, INC. | 3610-000 | NA | $9,120.00 | $9,120.00 | $9,120.00 |
| Auctioneer Expenses - POPE'S ANTIQUES & AUCTIONS, INC. | 3620-000 | NA | $225.00 | $225.00 | $225.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $120.95 | $120.95 | $120.95 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $1.84 | $1.84 | $1.84 |
| Banking and Technology Service Fee - Associated Bank | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,237.39 | $1,237.39 | $1,237.39 |
| Other Chapter 7 Administrative Expenses - FRANCHISE TAX BOARD | 2990-000 | NA | $2,722.05 | $2,722.05 | $2,722.05 |
| Attorney for Trustee Fees (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 3210-000 | NA | $3,839.00 | $3,839.00 | $3,839.00 |
| Attorney for Trustee Expenses (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 3220-000 | NA | $884.45 | $884.45 | $884.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$24,810.08** | **$24,810.08** | **$24,810.08** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | $28,615.36 | $1,089.78 | $1,089.78 | $0.00 |
| 3P-2 | Employment Development Department | 5800-000 | $31,395.81 | $22,518.12 | $22,518.12 | $0.00 |
| 6 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $1,706.79 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$60,011.17** | **$25,314.69** | **$23,607.90** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Bank, FSB | 7100-000 | $21.27 | $149.35 | $149.35 | $0.00 |
| 3U | Employment Development Department | 7100-000 | NA | $3,418.51 | $3,418.51 | $0.00 |
| 4 -2 | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | AT&T | 7100-000 | $40.00 | NA | NA | NA |
| N/F | Acker-Stone Industries, Inc. | 7100-000 | $151.93 | NA | NA | NA |
| N/F | Alan D. Wilner, APC | 7100-000 | $3,579.51 | NA | NA | NA |
| N/F | American Express | 7100-000 | $9,164.89 | NA | NA | NA |
| N/F | CEMEX | 7100-000 | $512.43 | NA | NA | NA |
| N/F | Capital One Bank USA NA | 7100-000 | $25,620.11 | NA | NA | NA |
| N/F | Capital One Bank USA NA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chevron | 7100-000 | $1,417.92 | NA | NA | NA |
| N/F | Department Of Industrial Relations | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Employment Development Department | 7100-000 | $17,937.72 | NA | NA | NA |
| N/F | Employment Development Department | 7100-000 | $7,830.47 | NA | NA | NA |
| N/F | George B. Singer, Esq Juan J. Dominguez, PC | 7100-000 | $10,000,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Glenn B. Dorning, Inc. | 7100-000 | $4,096.00 | NA | NA | NA |
| N/F | HUB Construction Specialties | 7100-000 | $3,183.00 | NA | NA | NA |
| N/F | Higgins Accountancy, Inc. | 7100-000 | $1,340.00 | NA | NA | NA |
| N/F | J&K Interpreting, Inc. | 7100-000 | $654.00 | NA | NA | NA |
| N/F | Marathon Express Inc. | 7100-000 | $1,635.00 | NA | NA | NA |
| N/F | Material Services | 7100-000 | $532.29 | NA | NA | NA |
| N/F | Phelps Dunbar, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robertson's | 7100-000 | $651.47 | NA | NA | NA |
| N/F | STA International | 7100-000 | $3,686.99 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $1,416.36 | NA | NA | NA |
| N/F | Staples | 7100-000 | $1,024.25 | NA | NA | NA |
| N/F | White Cap | 7100-000 | $227.36 | NA | NA | NA |
| N/F | Wright Express | 7100-000 | $6,507.87 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$10,094,030.84** | **$3,567.86** | **$3,567.86** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | | |
|---|---|---|
| **Case No.:** 6:13-bk-17136-SC | **Trustee Name:** | (008950) Howard Grobstein |
| **Case Name:** PERFORMANCE CONCRETE CONSTRUCTION, INC. | **Date Filed (f) or Converted (c):** | 04/22/2013 (f) |
| | **§ 341(a) Meeting Date:** | 05/30/2013 |
| **For Period Ending:** 11/07/2018 | **Claims Bar Date:** | 10/18/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MONEY ON DEPOSIT (APPROXIMATELY)<br>Funds totaling $10,650.79 turned over to estate. Fully administered. | 11,000.00 | 11,000.00 | | 10,650.79 | FA |
| 2 | MISCELLANEOUS ACCOUNTS RECEIVABLE<br>Trustee has determined that the listed accounts receivable are not collectible. No value to estate. | 164,895.00 | 164,895.00 | | 0.00 | FA |
| 3 | 1998 CHEVY 1 TON PU 3500<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 2,171.00 | 2,171.00 | | 600.00 | FA |
| 4 | 1998 FERMAC TRACTOR TPE<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 10,000.00 | 10,000.00 | | 8,000.00 | FA |
| 5 | 2000 CHEVY 1/2 TON PU 1500<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 4,216.00 | 4,216.00 | | 900.00 | FA |
| 6 | 2001 CHEVY LS 3/4 TON PU 2500<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 4,563.00 | 4,563.00 | | 800.00 | FA |
| 7 | 2005 GMC 3/4 UTILIITY 2500<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 6,103.00 | 6,103.00 | | 2,000.00 | FA |
| 8 | 2005 GMC LUMBER TRUCK<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 9 | 2005 ZIEMA TRAILER<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 500.00 | 500.00 | | 800.00 | FA |
| 10 | 2006 GMC 3/4 TON 2500<br>Asset sold at auction per O.E. 11-19-13. Fully administered. | 11,827.00 | 11,827.00 | | 7,000.00 | FA |
| 11 | UNSCHEDULED ASSETS SOLD AT AUCTION (u)<br>1996 Chevy 5J68470, Cement Mixer, and Whirlbird were not originally scheduled and sold at auction per O.E. 11-19-13. | 0.00 | 1,380.00 | | 1,380.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$235,275.00** | **$236,655.00** | | **$47,130.79** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 6:13-bk-17136-SC | **Trustee Name:** (008950) Howard Grobstein |
| **Case Name:** PERFORMANCE CONCRETE CONSTRUCTION, INC. | **Date Filed (f) or Converted (c):** 04/22/2013 (f) |
| | **§ 341(a) Meeting Date:** 05/30/2013 |
| **For Period Ending:** 11/07/2018 | **Claims Bar Date:** 10/18/2013 |

**Major Activities Affecting Case Closing:**

POST TFR NOTES: TFR previously submitted. Subsequent to the filing and Court approval of the TFR, the FTB amended their administrative claim increasing the amount owed. The amendment will result in other claimants receiving less of a distribution than what was previously approved by the Court. The Trustee has been instructed by the OUST to submit an amended TFR for filing to address the new proposed distribution. The Trustee is preparing the Amended TFR. ATFR submitted 06-10-18. TFR hearing held. O.E. 08-21-18 allowing distribution. Checks issued. All checks cleared as of 09-21-18. TDR submitted 11-07-18.

P.E. 09-30-16 - TFR submitted 08-16-16.

P.E. 06-30-16 - O.E. 04-06-16 approving compromise with IRS re: treatment of liens. Trustee is preparing the TFR. Estimated TFR date is 07-31-16.

P.E. 03-31-16. Tax clearance received. Notice to professionals filed 06-16-15. Gen. counsel fee application filed 07-02-15. Accountant's fee application filed 10-14-15. Upon preparation of TFR, the Trustee detemined that the funds collected were subject to tax liens which did not appear in lien searches conducted by general counsel prior to selling assets at auction. The Trustee and his counsel worked with the IRS to enter into a stipulation.  On 03-14-16 Trustee's counsel filed a compromise motion resolving the treatment of liens. Upon entry of an Order approving the settlement, the TFR will be prepared and submitted.

P.E. 03-31-15 - The Trustee retained accountants to prepare the final estate tax returns per O.E. 05-28-15. The Trustee determined that the accounts receivable listed on the Debtor's Schedules are not collectible and are of no value to the estate. Final estate tax returns prepared and filed 03-11-15. Awaiting tax clearance. Upon receipt of tax clearance TFR will be submitted. Based upon the foregoing, the new estimated TFR is 07-31-15

P.E. 03-31-14- 341 meeting held and concluded as of 07-16-13. Asset Notice filed and claims bar date set. Claims bar date is 02-03-14.  Bank funds turned-over to estate 07-19-13. Application to employ general counsel filed 10-29-13. O.E. 11-19-13 approving employment. Application to employ auctioneer to liquidate Debtor's equipment filed 10-30-13. O.E. 11-19-13 approving employment and sale of estate assets. Auction held and proceeds remitted to estate on 12/11/13. Trustee's Report of Auction filed 12-17-13. Auctioneer commission paid 12-20-13. Trustee has determined that tax returns are required. Application to employ accountants filed 03-31-14. Trustee continues to review accounts receivable.

GENERAL:
     This case commenced as a Chapter 7 filed on 04-22-13.  The original 341(a) Meeting was held on 05-30-13.  The meeting was continued to 06-20-13 for non-appearance.  The Trustee is investigating value of accounts receivable and liquidation of equipment.  The Trustee intends to employ general counsel to assist.

PROFESSIONALS:
         General Counsel: Levene Neale Bender Yoo & Brill - application to employ filed 10-29-13; O.E. 11-19-13 approving employment.
       Auctioneer: Pope Antiques & Auctions - application to employ filed 10-30-13; O.E. 11-19-13 approving employment.
       Accountants: Grobstein Teeple, LLP - application to employ filed 03-31-14; O.E. 05-28-14 approving employment.

TAX STATUS:  Final estate tax returns prepared and filed. Tax clearance received.

CLAIMS STATUS:  Initial claims review complete. IRS secured claim resolved per O.E. 04-06-16. (Secured claims = 105,417.54; Priority unsecured claims = 5,538.35; Gen. unsecured = 641.56)
        Asset Notice filed 10-29-13.  Claims bar date is 02-03-14. Government bar date is 10-21-13.

CLOSING:         Fully administerd. ATFR submitted 06-08-18.

**Initial Projected Date Of Final Report (TFR):** 03/31/2015        **Current Projected Date Of Final Report (TFR):** 06/10/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 6:13-bk-17136-SC | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|
| Case Name: | PERFORMANCE CONCRETE CONSTRUCTION, INC. | Bank Name: | Associated Bank |
| | | Account #: | ******2546 Checking |
| Taxpayer ID #: | **-***8016 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/13 | {1} | Visterra CU Cashier's Check | TURNOVER OF FUNDS Funds turned over by Debtor | 1129-000 | 10,650.79 | | 10,650.79 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 10,640.79 |
| 08/23/13 | | Associated Bank | Rabobank, N.A. | 9999-000 | | 10,640.79 | 0.00 |
| | | **COLUMN TOTALS** | | | **10,650.79** | **10,650.79** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 10,640.79 | |
| | | **Subtotal** | | | **10,650.79** | **10.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$10,650.79** | **$10.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 6:13-bk-17136-SC | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|
| Case Name: | PERFORMANCE CONCRETE CONSTRUCTION, INC. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******7366 Checking Account |
| Taxpayer ID #: | **-***8016 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/13 | | Rabobank, N.A. | Transfer from Associated Bank | 9999-000 | 10,640.79 | | 10,640.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,630.79 |
| 09/30/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2013 FOR CASE #13-17136, PAYMENT OF BOND #016030866 | 2300-000 | | 1.84 | 10,628.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.77 | 10,614.18 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.79 | 10,597.39 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.22 | 10,583.17 |
| 12/11/13 | | POPE'S ANTIQUES & AUCTIONS | Proceeds from Auction (O.E. 11-19-13) | | 36,480.00 | | 47,063.17 |
| | {3} | | Proceeds from auction per O.E. 11-19-13         $600.00 | 1129-000 | | | 47,063.17 |
| | {4} | | Proceeds from auction per O.E. 11-19-13         $8,000.00 | 1129-000 | | | 47,063.17 |
| | {5} | | Proceeds from auction per O.E. 11-19-13         $900.00 | 1129-000 | | | 47,063.17 |
| | {6} | | Proceeds from auction per O.E. 11-19-13         $800.00 | 1129-000 | | | 47,063.17 |
| | {7} | | Proceeds from auction per O.E. 11-19-13         $2,000.00 | 1129-000 | | | 47,063.17 |
| | {8} | | Proceeds from auction per O.E. 11-19-13         $15,000.00 | 1129-000 | | | 47,063.17 |
| | {9} | | Proceeds from auction per O.E. 11-19-13         $800.00 | 1129-000 | | | 47,063.17 |
| | {10} | | Proceeds from auction per O.E. 11-19-13         $7,000.00 | 1129-000 | | | 47,063.17 |
| | {11} | | Proceeds from auction per O.E. 11-19-13         $1,380.00 | 1229-000 | | | 47,063.17 |
| 12/20/13 | 10102 | JACK POPE | 25% Auctioneer Commission per | 3610-000 | | 9,120.00 | 37,943.17 |
| | | | Page Subtotals: | | $47,120.79 | $9,177.62 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 6:13-bk-17136-SC | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|
| Case Name: | PERFORMANCE CONCRETE CONSTRUCTION, INC. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******7366 Checking Account |
| Taxpayer ID #: | **-***8016 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | O.E. 11-19-2013 | | | | |
| 12/20/13 | 10103 | JACK POPE | Individual Bond Premium per O.E. 11-19-2013 | 3620-000 | | 225.00 | 37,718.17 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.73 | 37,670.44 |
| 01/15/14 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #13-17136, Bond #16030866 (Term: 01/04/14 - 01/04/15) Voided on 01/15/2014 | 2300-000 | | 44.33 | 37,626.11 |
| 01/15/14 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #13-17136, Bond #16030866 (Term: 01/04/14 - 01/04/15) Voided: check issued on 01/15/2014 | 2300-000 | | -44.33 | 37,670.44 |
| 01/15/14 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #13-17136, Bond #016030866 (Bond Renewal - Term: 01/04/14 to 01/04/15) Stopped on 01/22/2014 | 2300-000 | | 45.40 | 37,625.04 |
| 01/22/14 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #13-17136, Bond #016030866 (Bond Renewal - Term: 01/04/14 to 01/04/15) Stopped: check issued on 01/15/2014 | 2300-000 | | -45.40 | 37,670.44 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.98 | 37,614.46 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.49 | 37,563.97 |
| 03/31/14 | 10106 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/31/2014 FOR CASE #13-17136, Bond #016030866 Revised Inv./bond increase term: 01-04-14 to 01-04-15 | 2300-000 | | 52.36 | 37,511.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.22 | 37,459.39 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.49 | 37,401.90 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.79 | 37,348.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.92 | 37,296.19 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 59.01 | 37,237.18 |
| | | | **Page Subtotals:** | | **$0.00** | **$705.99** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 6:13-bk-17136-SC | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|
| Case Name: | PERFORMANCE CONCRETE CONSTRUCTION, INC. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******7366 Checking Account |
| Taxpayer ID #: | **-***8016 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fee | | | | |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.77 | 37,185.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.04 | 37,128.37 |
| 10/14/14 | 10107 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/17/2014 FOR CASE #13-17136, Bond #016030866 (bond increase effective 07/17/2014) | 2300-000 | | 3.58 | 37,124.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.18 | 37,069.61 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.98 | 37,021.63 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.35 | 36,961.28 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.16 | 36,908.12 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.54 | 36,858.58 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.54 | 36,802.04 |
| 04/21/15 | 10108 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-17136, Bond #016030866 Term: 01-04-15 to 01-04-16 | 2300-000 | | 33.87 | 36,768.17 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.92 | 36,715.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.04 | 36,664.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.24 | 36,607.97 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.40 | 36,553.57 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.82 | 36,502.75 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.00 | 36,446.75 |
| 02/24/16 | 10109 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #13-17136, BOND #016030866 TERM: 01/04/16 - 01/04/17 | 2300-000 | | 31.14 | 36,415.61 |
| 08/30/18 | 10110 | HOWARD B. GROBSTEIN | Distribution payment - Dividend paid at 100.00% of $3,277.84; Claim # FEE; Filed: $3,277.84 | 2100-000 | | 3,277.84 | 33,137.77 |
| | | | **Page Subtotals:** | | **$0.00** | **$4,099.41** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| Case No.: | 6:13-bk-17136-SC | | Trustee Name: | Howard Grobstein (008950) |
|---|---|---|---|---|
| Case Name: | PERFORMANCE CONCRETE CONSTRUCTION, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8016 | | Account #: | ******7366 Checking Account |
| For Period Ending: | 11/07/2018 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/18 | 10111 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $884.45; Claim # ; Filed: $884.45 | 3220-000 | | 884.45 | 32,253.32 |
| 08/30/18 | 10112 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $3,839.00; Claim # ; Filed: $3,839.00 | 3210-000 | | 3,839.00 | 28,414.32 |
| 08/30/18 | 10113 | GROBSTEIN TEEPLE LLP | Distribution payment - Dividend paid at 100.00% of $125.31; Claim # ; Filed: $125.31 | 3320-000 | | 125.31 | 28,289.01 |
| 08/30/18 | 10114 | GROBSTEIN TEEPLE LLP | Distribution payment - Dividend paid at 100.00% of $3,246.25; Claim # ; Filed: $3,246.25 | 3310-000 | | 3,246.25 | 25,042.76 |
| 08/30/18 | 10115 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $2,722.05; Claim # 5-3; Filed: $2,722.05 | 2990-000 | | 2,722.05 | 22,320.71 |
| 08/30/18 | 10116 | Internal Revenue Service | Distribution payment - Dividend paid at 21.17% of $105,417.54; Claim # 1S; Filed: $105,417.54 | 4300-000 | | 22,320.71 | 0.00 |
| | | **COLUMN TOTALS** | | | 47,120.79 | 47,120.79 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 10,640.79 | 0.00 | |
| | | **Subtotal** | | | 36,480.00 | 47,120.79 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $36,480.00 | $47,120.79 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:13-bk-17136-SC | **Trustee Name:** | Howard Grobstein (008950) |
| **Case Name:** | PERFORMANCE CONCRETE CONSTRUCTION, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******7366 Checking Account |
| **Taxpayer ID #:** | **-***8016 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 11/07/2018 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $47,130.79 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $47,130.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2546 Checking | $10,650.79 | $10.00 | $0.00 |
| ******7366 Checking Account | $36,480.00 | $47,120.79 | $0.00 |
| | $47,130.79 | $47,130.79 | $0.00 |